

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

§

RUBEN FERNANDEZ, JR.,  §  No. 08-17-00217-CR

Appellant,  §  Appeal from the

v.  §  41st District Court

THE STATE OF TEXAS,  §  of El Paso County, Texas

State.  §  (TC# 20160D02348)

§

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **November 1, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before November 1, 2018.

IT IS SO ORDERED this 17th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.